**UNITED STATES BANKRUPTCY COURT**
**WESTERN DIVISION OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE:<br>Jason Torres<br><br>**Debtor** | CASE NO: BKS-19-51333 G<br><br>CHAPTER 13 |

**TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT**

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on June 03, 2019.

2. The Trustee has a balance on hand in this case in the amount of $3,600.00 which is owed to the Debtor as a refund. The Trustee has mailed these funds to the Debtor but the check(s) was (were) not negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $3,600.00, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Debtor(s)** | **Amount of Disbursement Check** |
|---|---|
| Jason Torres<br>8218 Western Way<br>San Antonio, TX 78254 | $3,600.00 |

Respectfully submitted,

/s/ Mary K. Viegelahn
_____
MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216
(210) 824-1460

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:                                CHAPTER 13

**Jason Torres**

DEBTOR(S)                       CASE NO.: **19-51333 G**

**CERTIFICATE OF SERVICE**
------------------------------------

I hereby certify that a true and correct copy of the attached document was served **March 09, 2020** by First Class Mail, upon the following:

Debtor(s):

Jason Torres
8218 Western Way
San Antonio, TX 78254

MALAISE LAW FIRM
909 NE LOOP 410 STE 300
SAN ANTONIO, TX 78209

/S/
_____
Mary K. Viegelahn
Chapter 13 Trustee